☒ FILED  ☐ LODGED

**Dec 05 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

LEIGHANN M. THOMAS
Assistant U.S. Attorney
Illinois State Bar No. 6327687
Two Renaissance Square
40 N. Central Ave., Ste. 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: LeighAnn.Thomas@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | Case No. CR25-01641-PHX-DWL (DMF) |
|---|---|
| Plaintiff, | Mag. No. 25-06456MJ |
| v. | **INFORMATION** |
| Carlos Antonio Catemaxca Chigo, a.k.a. Raul Pacheco, | VIO: 18 U.S.C. §§ 1028(a)(4) and (b)(2) (Possession of Identification Document to Defraud United States) Count 1 |
| Defendant. | |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

<u>COUNT 1</u>

On or about October 3, 2022, in the District of Arizona, the defendant, CARLOS ANTONIO CATEMAXCA CHIGO, did knowingly possess and use an identification document not lawfully issued for his use, that is, a counterfeit Arizona driver's license, with the intent such document be used to defraud the United States.

In violation of Title 18, United States Code, Section 1028(a)(4) & (b)(2).

Dated this  20th  day of  November , 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*/s/ Leighann M. Thomas*
LEIGHANN M. THOMAS
Assistant U.S. Attorney